IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br>v.<br><br>HAROLD D. VICENTE AND LUZ IRAIDA GONZALEZ-TURULL,<br><br>Respondent | CRIMINAL NO. 12-1074 (JAG) |

**REPORT AND RECOMMENDATION**

Upon consideration of the United States' Motion for an Order Summarily Enforcing the Internal Revenue Summons Issued to attorney Harold D. Vicente ("Vicente"), and to cancel the March 30, 2012, hearing return date; Vicente having filed an informative motion advising that he "has no objection" to enforcement of the summons (Docket No. 15); and good cause having been shown, it is recommended to the Court that the United States' Motion for Summary Enforcement of Summons Issued to Vicente and for Cancellation of March 30, 2012 Hearing (Docket No. 17) be **GRANTED** and the Court issue the proposed Order attached thereto ordering the following:

Respondent HAROLD D. VICENTE shall appear before Revenue Agent Edwin S. Morales or any other authorized officer of the Internal Revenue Service, at the time and place to be designated by Agent Morales, and then and there be sworn, to give testimony and produce for examination and copying each and every book and record demanded by the summons issued to him (see Exhibit A to the February 6, 2012 declaration of Agent Morales) in connection with the examination of the taxpayer, the examination to continue from day-to-day until completed.

<u>United States of America v. Harold D. Vicente and Luz Iraida Gonzalez-Turull</u>
Criminal No. 12-1074 (JAG)
Report and Recommendation
Page 2

---

      Accordingly, the March 30, 2012 hearing set in the Court's February 22, 2012 Order to Show Cause (Docket No. 9) before the undersigned is hereby **VACATED**.

      IT IS SO RECOMMENDED.[1]

San Juan, Puerto Rico, this 23rd day of March of 2012.

                                      s/ CAMILLE L. VELEZ-RIVE
                                      CAMILLE L. VELEZ-RIVE
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Since this matter is not a contested matter, there is no need to grant the parties fourteen (14) days to file any objections to this report and recommendation. Amended Fed. R. Crim P. 59 (b)(2).